UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                                                                  Case No. 8:21-bk-06378-RCT
**Patricia Marie Griffiths,**                                                Chapter 13

      **Debtor.**
_____/

## MOTION FOR APPROVAL TO SELL AUTOMOBILE

COMES NOW the Debtor, Patricia Marie Griffiths, by and through her undersigned Counsel, and requests Court approval for Sale of Automobile, and states:

1. This case was instituted by the filing of a Voluntary Petition under Chapter 13 of the Bankruptcy Code on December 22, 2021.

2. That the Debtor desires to sell her 2018 Ford EcoSport SE, which is owned free and clear, and is listed on her bankruptcy schedules.

3. That the Debtor desires to use the funds from the sale of her vehicle to purchase a new vehicle.

WHEREFORE, the Debtor requests an Order allowing her to sell her 2018 Ford EcoSport SE and keep the proceeds.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically via the court's CM/ECF System or via First Class US Mail to The Office of the United States Trustee, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602; to **Kelly Remick**, Chapter 13 Trustee, P.O. Box 89948, Tampa, FL 33689-0416; and to **Patricia Griffiths**, the Debtor, 5718 Dalton Ct., New Port Richey, FL 34655; on this 20th day of March 2024.

                                                /s/ Robert M. Geller
                                                Robert M. Geller, Esquire
                                                FL Bar # 588105
                                                Law Offices of Robert M. Geller, P.A.
                                                807 West Azeele Street
                                                Tampa, Florida 33606
                                                813-807-3449
                                                rmgeller@robertgellerlaw.com